# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2025

## NO. 03-25-00326-CV

**Michael Anthony Vick, Appellant**

**v.**

**The Estate of Yvonna McComb, Deceased, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF IRION COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order signed by the trial court on August 8, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.